# United States Bankruptcy Court
## District of Colorado

In re: **Arturo Morales, and Isela Olivas**
Debtor(s)

Case No. **11-35652**
Chapter **7**

## Notice of Change of Address

**Debtor's counsel's Former Mailing Address and Telephone Number was:**

Name: **Callahan Law Firm LLC**

Street: **7050 W. 120th Ave., 104**

City, State and Zip: **Broomfield, CO 80020**

Telephone #: 303-955-7750

**Please be advised that effective immediately,
the new mailing address and telephone number is:**

Name: **Callahan Law Firm LLC**

Street: **3128 S. Pinehurst Avenue**

City, State and Zip: **Springfield, MO 65807**

Telephone #: **720-249-8502**

/s/ Kevin O. Callahan
Kevin O. Callahan, Attorney for Debtor